IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

Civil Action No. 2:13-cv-1210

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Carma J. Stevens

2. Plaintiff's Spouse (if applicable)

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   Maine

5. District Court and Division in which venue would be proper absent direct filing.

   U.S.D.C. Eastern District of Pennsylvania

6. Defendants (Check Defendants against whom Complaint is made):

   ☒   A. Ethicon, Inc.

   ☒   B. Ethicon, LLC

Revised: 12/17/2012

☒    C. Johnson & Johnson

☐    D. American Medical Systems, Inc. ("AMS")

☐    E. American Medical Systems Holdings, Inc. ("AMS Holdings")

☐    F. Endo Pharmaceuticals, Inc.

☐    G. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐    H. Boston Scientific Corporation

☐    I. C. R. Bard, Inc. ("Bard")

☐    J. Sofradim Production SAS ("Sofradim")

☐    K. Tissue Science Laboratories Limited ("TSL")

☐    L. Analytic Biosurgical Solutions ("ABISS")

☐    M. Mentor Worldwide LLC

☐    N. Coloplast A/S

☐    O. Coloplast Corp.

☐    P. Coloplast Manufacturing US, LLC

☐    Q. Porges S.A.

7. Basis of Jurisdiction

     ☒    Diversity of Citizenship

     ☐    Other: _____

   A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      <u>Paragraphs 3, 4, 5, 6 and 7</u>

      _____

      _____

B. Other allegations of jurisdiction and venue:

Ethicon, Inc., Ethicon, LLC and Johnson & Johnson routinely and continuously conduct business in Pennsylvania

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- [ ] Prolift
- [x] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [ ] TVT
- [ ] TVT-Oturator (TVT-O)
- [ ] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo
- [ ] Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- [ ] Prolift
- [x] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [ ] TVT

3

☐ TVT-Oturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

_____

_____

10. Date of Implantation as to Each Product:

June 15, 2009

_____

_____

11. Hospital(s) where Plaintiff was implanted (including City and State):

Eastern Maine Medical Center

Bangor, Maine

12. Implanting Surgeon(s):

Robert Grover, DO

_____

13. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I – Negligence

☒ Count II – Strict Liability – Manufacturing Defect

☒ Count III – Strict Liability – Failure to Warn

☒ Count IV – Strict Liability – Defective Product

4

☒ Count V – Strict Liability – Design Defect

☒ Count VI – Common Law Fraud

☒ Count VII – Fraudulent Concealment

☒ Count VIII – Constructive Fraud

☒ Count IX – Negligent Misrepresentation

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Breach of Express Warranty

☒ Count XII – Breach of Implied Warranty

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☐ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☒ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

Address and bar information:

_____
Attorneys for Plaintiff
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
Kline & Specter, P. C.
1252 Locust Street
19th Floor
Philadelphia, PA 19102
(215) 772-1000
Lee.Balefsky@klinespecter.com
Michelle.Tiger@klinespecter.com